AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Jill E. Doucette

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ #04-816-MBB

I, __Jill E. Doucette__, charged in a (complaint) (petition) pending in this District with __Conspiracy__ in violation of Title __21__, U.S.C., __846__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Jill Doucette
Defendant

4/8/04
Date

_____
Counsel for Defendant