AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Scola

**WARRANT FOR ARREST**

CASE NUMBER: CR# 04-10135-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jill Doucette__
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Violation of Pretrial Conditions: (see attached memorandum):

1. Refrain from illegal drug use
2. Participate and complete residential drug treatment

in violation of Title __18__ United States Code, Section(s) __3148__

__Honorable Marianne B. Bowler__
Name of Issuing Officer

__Chief U.S. Magistrate Judge__
Title of Issuing Officer

__Marianne B. Bowler, USMJ__
Signature of Issuing Officer

__July 6, 2004 @ 2:15 PM__
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY USMS ARREST/ARRAIGNMENT OF THE 7/16/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |