AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA
V.

Thomas Scola

## WARRANT FOR ARREST

CASE NUMBER: CR# 04-10135-03 -GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jill Doucette__
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Absconding from drug treatment, in violation of her release conditions
Using heroin while on pretrial release, in violation of her release condition

in violation of Title __18__ United States Code, Section(s) __3148__

__Honorable Marianne B. Bowler__         Chief U.S. Magistrate Judge
Name of Issuing Officer                   Title of Issuing Officer

__Marianne B. Bowler USMJ__               __November 8, 2004__
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

### RETURN

WARRANT EXECUTED BY USMS
This warrant was received and executed with the arrest of the above-named defendant at _____
ARREST/ARRAIGNMENT
DEFENDANT ON __11/17/04__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

(Stamp: RECEIVED 2004 NOV -8 P 1:50 U.S. MARSHAL SERVICE BOSTON, MA)



# MEMORANDUM

**To:** Honorable Marianne B. Bowler, Chief U.S. Magistrate Judge

**From:** Judith Oxford, Drug/Alcohol Treatment Specialist

**Re:** DOUCETTE, Jill
CR# 04-10135-03

**Date:** November 8, 2004

This memorandum is to respectfully request a warrant. Ms. Doucette absconded from Gosnold Treatment Center on November 6, 2004.

Ms. Doucette appeared before Your Honor on July 16, 2004 for a bail violation hearing. A warrant had been issued by Your Honor on July 7, 2004 after Ms. Doucette walked out of treatment for a second time. During the bail violation hearing, Your Honor ordered that Ms. Doucette be allowed another opportunity at drug treatment. Ms. Doucette re-entered the Gosnold Treatment Center on August 12, 2004, and was eventually transferred to the Emerson House.

On November 5, 2004, Ms. Tommie Bower, Director of Emerson House, advised this officer that Ms. Doucette was suspected of using drugs and supplying other residents with drugs while at Emerson House. A search of Ms. Doucette's room was conducted on November 5, 2004. The search revealed a syringe, urine bottles, and supplies that are commonly used to defraud drug testing results.

Ms. Doucette was confronted by Ms. Jennifer Fay, House manager, on November 5, 2004. She admitted that she had been using heroin for the past two weeks. She stated that she had used heroin earlier that day and was the effects of heroin withdrawal. Ms. Doucette was removed from Emerson House on November 5, 2004, and placed in the detox at Gosnold so that medical withdrawal protocol could begin. This officer contacted staff at the Gosnold Treatment Center on November 7, 2004 and was advised that on November 6, 2004, Ms. Doucette ran out of the

building at approximately 7:30 pm. Staff followed after her and immediately observed Ms. Doucette putting a bag of clothing in the front seat of a white pickup truck which was parked in a far corner of the Gosnold parking lot. Staff then observed her run into the woods without her bag. The man driving the truck was confronted and indicated that he didn't see any girl and that he was from Rockland. He stated that his truck got a flat tire. A bag of clothing was sitting in the front seat of the pickup truck. Ms. Doucette's current whereabouts are unknown.

Pretrial Services respectfully requests a warrant.

JAO

cc:   David Tobin, AUSA
      Leslie Feldman-Rumpler, Esq.

Reviewed by: _____
Vangie Cuascut, Supervising
Pretrial Services Officer