UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> JILL DOUCETTE ) <br> ) | CRIMINAL NO. <br> 04-mj-10135-GAO <br> MJM04-812-MBB |

### AFFIDAVIT OF JILL DOUCETTE

I, Jill Doucette, do hereby depose and say as follows:

1. I am the defendant in the above-captioned case.

2. At the time of my arrest, I was high.

3. I was never informed of my rights under Miranda, nor was I shown a statement of my rights or asked to sign a Miranda card.

4. I spoke with a police officer after my arrest only because I thought I had no choice.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_1-24-05_  
Date

_Jill Doucette_  
Jill Doucette