AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

United States

v.

Thomas Soda et al

**EXHIBIT AND WITNESS LIST**

Case Number: 04cr10135

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'Toole | Toon | Feldman-Rumpler |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Shelly Killian | Kim Noared |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 5-6-05 | ✓ | ✓ | Report of Investigation |
|   | A | 5-6-05 | ✓ | ✓ | Advice of Rights Card |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages