```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

                                  )
UNITED STATES OF AMERICA          )
                                  )
        v.                        )   CRIMINAL NO. 04-10135-GAO
                                  )
JILL E. DOUCETTE                  )
                                  )
```

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to continue the sentencing of Jill E. Doucette, which is scheduled for February 16, 2006, to March 13, 2006. The requested delay is necessitated by the need for additional time to complete the Presentence Report. The government's offense conduct submission was provided to U.S. Probation on or about January 9, 2006. The government provided U.S. Probation with an amended offense conduct submission on or about January 31, 2006. The requested delay is in the interests of justice.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney


                       By:  /s/ David G. Tobin
                            DAVID G. TOBIN
                            Assistant U.S. Attorney
```