%AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT   District of   MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JILL DOUCETTE

**WARRANT FOR ARREST**

Case Number: 04-10135-03-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JILL DOUCETTE
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
( See attached petition for warrant for offender under supervision)

in violation of Title _____ United States Code, Section(s) _____

PAUL S. LYNESS
Name of Issuing Officer

/s/ Paul S. Lyness
Signature of Issuing Officer

COURTROOM DEPUTY CLERK
Title of Issuing Officer

7/2/07   ONE COURTHOUSE WAY BOSTON, MA
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Moakley Courthouse Boston, Mass

| DATE RECEIVED 6/5/08 | NAME AND TITLE OF ARRESTING OFFICER Francis P. Dawson, Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER /s/ Francis P. Dawson |
| DATE OF ARREST 6/5/08 | | |